UNITED STATES DISTRICT COURT
NORTHERN DISTRICT OF NEW YORK

-------------------------------------------------------x

UNITED STATES OF AMERICA,                    ORDER

   -against -                                              01 CR 00371 (CEB)

ARVINDER SINGH,

                             Defendant.

-------------------------------------------------------x

      Upon the application of Hoffman & Pollok, LLP, attorneys for the defendant Arvinder Singh,

      **IT IS HEREBY ORDERED THAT**, the Warden at the United States Prison Camp in Fairton, New Jersey, permit Arvinder Singh, #11023-052, an inmate at Fairton Camp, a furlough not to exceed 48 hours, to travel to the United States District Court in Albany, New York so that he may be re-sentenced, *scheduled for 2/24/06 @ 2:00pm*.

Dated:   Syracuse, New York
             January 30, 2006

                                            SO ORDERED:

                                            _____
                                            CHIEF JUDGE,
                                            UNITED STATES DISTRICT COURT